JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Bryan Williams, | ) SACV 20-00267JVS(ADSx) |
| Plaintiff, | ) ORDER OF DISMISSAL UPON |
| | ) SETTLEMENT OF CASE |
| v. | ) |
| MBSB DYNASTY, LP, ET AL, | ) |
| Defendant(s). | ) |
| _____ | ) |

     The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

     IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 30 days</u>, to reopen the action if settlement is not consummated.


DATED: March 24, 2020        _____

                              James V. Selna
                              United States District Judge